```
Town
Kara Keister (SBN:250260)
Robert C. Bowman, Jr. (SBN: 250260)
```
**LAW OFFICE OF BOWMAN & ASSOCIATES**
```
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
Telephone:  (916) 923-2800
Facsimile:  (916) 923-2828
```

Attorney for Plaintiff
ROMEO ABAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO ABAN<br><br>　　　Plaintiff,<br><br>AEROJET GENERAL CORPORATION.,<br>an corporation doing business in California<br>and DOES 1 through 50, inclusive,<br><br>Corporation;<br><br>　　　Defendants. | CASE NO: 2:10-cv-01298-FCD -CKD<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Romeo Aban and Defendant Aerojet General Corporation hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: August 9, 2011

/s/ *Timothy B. Nelson*
JASON T. COOKSEY
TIMOTHY B. NELSON
SEYFARTH SHAW LLP
Attorneys for Defendant
AEROJET GENERAL CORPORATION

Dated: August 9, 2011

/s/ *Kara Keister*
KARA KEISTER
LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Law Corporation
Attorneys for Plaintiff
ROMEO ABAN

**ORDER**

IT IS SO ORDERED.

Dated: August 11, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE